## CLASSIFICATION NOTICE

**NAME:** (last) Halligan (first) Ryan (middle) Travis
**JAIL NO:** 4255  **D.O.B.:** 1/7/9_  **RACE:** W  **SEX:** M  **SSN:** [redacted]
**Charge(s):** 1) Att. Murder  2) Robbery  3) Crim Conf
**You have been placed in the following classification:** Level 2 MAX

This classification is determined by: current/past convictions; current/past institutional behavior; pending charges or holds in other jurisdictions (if any); sentenced or unsentenced; and/or any other information that may be deemed appropriate with regard to your personal security or the security of the facility. NOTE: Your classification can change when: charges are altered or reduced; you are sentenced; due to administrative hearings; due to regular periodic review; and / other reasons recommended by the jail staff.

Appeal Process: any inmate dissatisfied with his or her classification must appeal his / her classification, in writing, writing, within ten (10) days of the primary classification or reclassification by addressing his/her appeal as APPEAL OF CLASSIFICATION and directing it to: the Sheriff or his designee.

**Classified by:** OK  **Date:** 11/3/20
**Comments by staff:** 10/30/20  118 D-Pod/ISO

**Booking Date:** 10/30/20



**High Risk: (Check)**
☑ Assaultive
☐ Escape
☑ Suicidal
☐ Mental
☑ Gang Leader
☐ Other ___

**Special Condition: (Check)**
☐ Protective Custody
☐ Medical
☐ Juvenile
☐ Handicap/Disabled
☐ Body Fluid watch
☐ Other ___

©2009 Northpointe Institute for Public Management. This instrument may be used/copied in it's manual version only. The instrument may not be modified or automated without express written consent of Northpointe Institute, 231-938-5959.

EXHIBIT C

HALLIGAN 0149
